**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01024-CR

### SIMON SAMUEL LOPEZ, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80596-10**

## ORDER

We **GRANT** court reporter Indu Bailey's request for extension of time to file record and

**ORDER** the reporter's record to be filed no later than October 28, 2016.


/s/    CAROLYN WRIGHT
        CHIEF JUSTICE